FRITZ G. SCHMIDT, Respondent, *v.* PORTER SCREEN MANUFACTURING COMPANY, Appellant.

*Schmidt* v. *Porter Screen Manfg. Co.*, 158 App. Div. 895, appeal dismissed.

(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

The motion was made on the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that the exceptions were frivolous and the appeal taken for purposes of delay only.

*Amos Van Etten* for motion.

*Alexander Gordon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.